**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

In re: 323-333 PARK AVENUE EH, LLC        § Case No. 15-21759-JJT
                                          §
                                          §
                                          §
Debtor(s)                                 §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

ANTHONY S. NOVAK-Chapter 7 Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $325,708.00        Assets Exempt: N/A
*(without deducting any secured claims)*

Total Distribution to Claimants: $668,858.79        Claims Discharged Without Payment: N/A

Total Expenses of Administration: $101,187.23

3) Total gross receipts of $ 770,046.02 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $770,046.02 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $2,527,566.12 | $657,210.96 | $678,219.05 | $666,053.08 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 100,937.23 | 100,937.23 | 100,937.23 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 250.00 | 250.00 | 250.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 13,574.39 | 350.28 | 350.28 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 53,461.00 | 2,455.43 | 2,455.43 | 2,455.43 |
| **TOTAL DISBURSEMENTS** | $2,581,027.12 | $774,428.01 | $782,211.99 | $770,046.02 |

4) This case was originally filed under Chapter 7 on October 02, 2015. The case was pending for 17 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/16/2017        By: /s/ANTHONY S. NOVAK-Chapter 7 Trustee
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 323 Park Avenue, East Hartford, CT | 1110-000 | 710,703.61 |
| Rent | 1222-000 | 48,675.75 |
| DISGORGED LEGAL FEES FROM GREENE LAW, PC | 1129-000 | 10,666.66 |
| **TOTAL GROSS RECEIPTS** | | **$770,046.02** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Marilyn Realty No. 2, LLC | 4110-000 | 1,313,090.00 | 657,210.96 | 678,219.05 | 666,053.08 |
| NOTFILED | VMF TL1, LLC | 4110-000 | 14,476.12 | N/A | N/A | 0.00 |
| NOTFILED | Webster Bank | 4110-000 | 600,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Webster Bank | 4110-000 | 600,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$2,527,566.12** | **$657,210.96** | **$678,219.05** | **$666,053.08** |

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - ANTHONY S. NOVAK-Chapter 7 Trustee | 2100-000 | N/A | 41,752.30 | 41,752.30 | 41,752.30 |
| Trustee Expenses - ANTHONY S. NOVAK-Chapter 7 Trustee | 2200-000 | N/A | 82.89 | 82.89 | 82.89 |
| Clerk of the Court Costs (includes adversary and other filing fees) - CLERK'S | 2700-000 | N/A | 176.00 | 176.00 | 176.00 |
| U.S. Trustee Quarterly Fees - United States Trustee for the District of CT. | 2950-000 | N/A | 650.00 | 650.00 | 650.00 |
| Other - BLUM SHAPIRO & COMPANY, P.C. | 3410-000 | N/A | 3,158.00 | 3,158.00 | 3,158.00 |
| Other - Sabia Taiman, LLC | 3210-600 | N/A | 2,500.00 | 2,500.00 | 2,500.00 |
| Other - Sabia Taiman, LLC | 3220-610 | N/A | 12.00 | 12.00 | 12.00 |
| Other - Chozick Realty, Inc. | 3510-000 | N/A | 35,500.00 | 35,500.00 | 35,500.00 |
| Other - HUNT LEIBERT JACOBSON, P.C. | 3510-002 | N/A | -35,500.00 | -35,500.00 | -35,500.00 |
| Other - HUNT LEIBERT JACOBSON, P.C. | 3210-002 | N/A | -2,512.00 | -2,512.00 | -2,512.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 73.54 | 73.54 | 73.54 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 291.34 | 291.34 | 291.34 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 971.87 | 971.87 | 971.87 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 779.39 | 779.39 | 779.39 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 80.02 | 80.02 | 80.02 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 77.24 | 77.24 | 77.24 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 85.12 | 85.12 | 85.12 |
| Other - ANTHONY S. NOVAK, ESQ. | 2300-000 | N/A | 18.72 | 18.72 | 18.72 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 78.60 | 78.60 | 78.60 |
| Other - HUNT LEIBERT JACOBSON P.C. | 2500-000 | N/A | 13,373.06 | 13,373.06 | 13,373.06 |
| Other - HUNT LEIBERT JACOBSON P.C. | 2820-000 | N/A | 459.06 | 459.06 | 459.06 |
| Other - HUNT LEIBERT JACOBSON P.C. | 3210-000 | N/A | 2,512.00 | 2,512.00 | 2,512.00 |
| Other - HUNT LEIBERT JACOBSON P.C. | 3510-000 | N/A | 35,500.00 | 35,500.00 | 35,500.00 |
| Other - HUNT LEIBERT JACOBSON P.C. | 2820-000 | N/A | 818.08 | 818.08 | 818.08 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $100,937.23 | $100,937.23 | $100,937.23 |

## **EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| State of Connecticut | 6820-000 | N/A | 250.00 | 250.00 | 250.00 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $250.00 | $250.00 | $250.00 |

## **EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | State of Connecticut | 5800-000 | N/A | 350.28 | 350.28 | 350.28 |
| 4 | Town of East Hartford | 5800-000 | N/A | 13,224.11 | 0.00 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $13,574.39 | $350.28 | $350.28 |

## **EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | State of Connecticut | 7100-000 | N/A | 50.00 | 50.00 | 50.00 |
| 3 | CT Dept. of Energy & Environmental Protection | 7100-000 | N/A | 300.00 | 300.00 | 300.00 |
| 6 | Event Resources, Inc. | 7100-000 | N/A | 2,105.43 | 2,105.43 | 2,105.43 |
| NOTFILED | CT DEEP | 7100-000 | 100.00 | N/A | N/A | 0.00 |
| NOTFILED | PKV, LLC | 7100-000 | 3,361.00 | N/A | N/A | 0.00 |
| NOTFILED | Carlos Mouta | 7100-000 | 50,000.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $53,461.00 | $2,455.43 | $2,455.43 | $2,455.43 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-21759-JJT  
**Case Name:** 323-333 PARK AVENUE EH, LLC

**Trustee:** (270060) ANTHONY S. NOVAK-Chapter 7 Trustee  
**Filed (f) or Converted (c):** 01/26/16 (c)  
**§341(a) Meeting Date:** 02/22/16

**Period Ending:** 06/16/17

**Claims Bar Date:** 05/23/16

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 323 Park Avenue, East Hartford, CT | 245,000.00 | 710,703.61 | | 710,703.61 | FA |
| 2 | 333 Park Avenue, East Hartford, CT<br>ASSET SOLD WITH ASSET # 1 | 315,000.00 | 0.00 | | 0.00 | FA |
| 3 | DIP Operating Account (Webster Bank)<br>Secured by UCC | 500.00 | 0.00 | | 0.00 | FA |
| 4 | DIP Tax Account (Webster Bank)<br>Secured by UCC | 500.00 | 0.00 | | 0.00 | FA |
| 5 | Debtor used the checking account controlled by (u) 171-357 Park Avenue EH, LLC prior to filing of bankruptcy. Balance of debtor's interests as of date of filing was $3,307.30 (Webster Bank) | 0.00 | 0.00 | | 0.00 | FA |
| 6 | Security Deposits from Tenants<br>Spent by debtor during Chapter 11 | 9,708.00 | 0.00 | | 0.00 | FA |
| 7 | Rent (u) | 48,675.75 | 48,675.75 | | 48,675.75 | FA |
| 8 | DISGORGED LEGAL FEES FROM GREENE LAW, PC<br>Pursuant to court order dated 6/13/16 | 10,666.66 | 10,666.66 | | 10,666.66 | FA |
| 8 | **Assets Totals** (Excluding unknown values) | **$630,050.41** | **$770,046.02** | | **$770,046.02** | **$0.00** |

**Major Activities Affecting Case Closing:**

06/24/16: Efiled Broker Fee App

Closing: 6/20/16

05/24/16: Efile App to Employ Sabia Taiman as special counsel re: sale (granted 6/20/16)

03/28/16: Efile 363 motion (granted 4/28/16) Also filed Trustee's Notice of Intent to Sell and Opportunity to Make Higher Bids. Bid date for higher and better and higher offers if 5/9/16. Secured party has consented to sale provided that aggregate sale price of $1.4 million is exceeded.

03/22/16: Efile Request for Ch 11 Admin Bar Date (6/29/16)

03/02/16: Efile App to Employ Real Estate Broker (granted 3/23/16)

02/24/16: Efile App to Employ Blum (appt'd 3/11/16)

Unknown if need operating Chapter 7

Printed: 06/16/2017 10:56 AM    V.13.30

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-21759-JJT  
**Case Name:** 323-333 PARK AVENUE EH, LLC

**Trustee:** (270060) ANTHONY S. NOVAK-Chapter 7 Trustee  
**Filed (f) or Converted (c):** 01/26/16 (c)  
**§341(a) Meeting Date:** 02/22/16

**Period Ending:** 06/16/17

**Claims Bar Date:** 05/23/16

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** May 30, 2016        **Current Projected Date Of Final Report (TFR):** January 11, 2017 (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 15-21759-JJT | Trustee: | ANTHONY S. NOVAK-Chapter 7 Trustee (270060) |
|---|---|---|---|
| Case Name: | 323-333 PARK AVENUE EH, LLC | Bank Name: | Rabobank, N.A. |
| | | Account: | ******0966 - Checking Account |
| Taxpayer ID #: | **-***8767 | Blanket Bond: | $22,204,765.00  (per case limit) |
| Period Ending: | 06/16/17 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/08/16 | {7} | EVENT RESOURCES, INC | RENT February | 1222-000 | 8,925.00 | | 8,925.00 |
| 02/10/16 | {7} | NUTMEG EQUIPMENT, LLC | Rent | 1222-000 | 2,883.00 | | 11,808.00 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 11,798.00 |
| 03/10/16 | {7} | EVENT RESOURCES, INC. | Rent March | 1222-000 | 7,329.75 | | 19,127.75 |
| 03/29/16 | {7} | RIVERA BROTHERS LANDSCAPING, LLC | March 2016 rent | 1222-000 | 1,000.00 | | 20,127.75 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.62 | 20,103.13 |
| 04/04/16 | {7} | EVENT RESOURCES, INC. | Rent (April) | 1222-000 | 8,925.00 | | 29,028.13 |
| 04/11/16 | {7} | RIVERA BROTHERS LANDSCAPING, LLC | April 2015 Rent | 1222-000 | 1,000.00 | | 30,028.13 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.92 | 29,989.21 |
| 05/02/16 | {7} | EVENT RESOURCES, INC. | Rent (May) | 1222-000 | 8,925.00 | | 38,914.21 |
| 05/17/16 | {7} | RIVERA BROTHERS LANDSCAPING, LLC | May 2015 Rent | 1222-000 | 1,000.00 | | 39,914.21 |
| 06/14/16 | {7} | RIVERA BROTHERS LANDSCAPING, LLC | June 2015 Rent | 1222-000 | 1,000.00 | | 40,914.21 |
| 06/22/16 | | HUNT LEIBERT JACOBSON P.C. | Sales proceeds | | 608,041.41 | | 648,955.62 |
| | {1} | | gross sales of properties    710,703.61<br>323-333 Park Avenue | 1110-000 | | | 648,955.62 |
| | | | Settlement charges    -13,373.06<br>(MDC/Conveyance Taxes) | 2500-000 | | | 648,955.62 |
| | | | City taxes    -459.06 | 2820-000 | | | 648,955.62 |
| | | | closing attorney for    -2,512.00<br>estate fees/expenses | 3210-000 | | | 648,955.62 |
| | | | realtor commission    -35,500.00 | 3510-000 | | | 648,955.62 |
| | {1} | | initial deposit    -50,000.00 | 1110-000 | | | 648,955.62 |
| | | | credit due buyer    -818.08 | 2820-000 | | | 648,955.62 |
| 06/22/16 | | HUNT LEIBERT JACOBSON, P.C. | Sales Proceeds | 3510-002 | | -35,500.00 | 684,455.62 |
| 06/22/16 | | HUNT LEIBERT JACOBSON, P.C. | Sales Proceeds | 3210-002 | | -2,512.00 | 686,967.62 |
| 06/22/16 | {7} | NUTMEG EQUIPMENT, LLC | Rent (MAY) | 1222-000 | 2,883.00 | | 689,850.62 |
| 06/22/16 | {7} | NUTMEG EQUIPMENT LLC | Rent (APRIL) | 1222-000 | 2,883.00 | | 692,733.62 |
| 06/23/16 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | -73.54 | 692,807.16 |
| 06/28/16 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | 73.54 | 692,733.62 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 291.34 | 692,442.28 |
| 07/05/16 | {8} | 171-221 PARK AVENUE EH, LLC | Disgorged legal fees from Greene Law, PC | 1129-000 | 10,666.66 | | 703,108.94 |
| | | | Subtotals : | | $665,461.82 | $-37,647.12 | |

{} Asset reference(s)

Printed: 06/16/2017 10:56 AM    V.13.30

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 15-21759-JJT | | Trustee: | ANTHONY S. NOVAK-Chapter 7 Trustee (270060) |
|---|---|---|---|---|
| Case Name: | 323-333 PARK AVENUE EH, LLC | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******0966 - Checking Account |
| Taxpayer ID #: | **-***8767 | | Blanket Bond: | $22,204,765.00   (per case limit) |
| Period Ending: | 06/16/17 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | pursuant to court order dated 6/13/16 | | | | |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 971.87 | 702,137.07 |
| 08/02/16 | | From Account #******0967 | Per closing of real property | 9999-000 | 50,000.00 | | 752,137.07 |
| 08/02/16 | 101 | Marilyn Realty No. 2, LLC | Per court order authorizing payment to secured creditor dated 7/22/16 (proceeds sale of property) | 4110-000 | | 618,151.41 | 133,985.66 |
| 08/02/16 | 102 | Marilyn Realty No. 2, LLC | Per court order authorizing payment to secured creditor dated 7/22/16 (rent collections) | 4110-000 | | 41,328.37 | 92,657.29 |
| 08/08/16 | {7} | NUTMEG EQUIPMENT, LLC | Partial June 2016 rent payment | 1222-000 | 1,922.00 | | 94,579.29 |
| 08/17/16 | 103 | Chozick Realty, Inc. | Per court order allowing commission dated 8/4/16 | 3510-000 | | 35,500.00 | 59,079.29 |
| 08/17/16 | 104 | Sabia Taiman, LLC | Per court order allowing fees and expenses dated 8/4/16 | | | 2,512.00 | 56,567.29 |
| | | | Per court order allowing           12.00 expenses dated 8/4/16 | 3220-610 | | | 56,567.29 |
| | | | Per court order allowing        2,500.00 fees dated 8/4/16 | 3210-600 | | | 56,567.29 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 779.39 | 55,787.90 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 80.02 | 55,707.88 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 77.24 | 55,630.64 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 85.12 | 55,545.52 |
| 12/02/16 | 105 | ANTHONY S. NOVAK, ESQ. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/01/2016 FOR CASE #15-21759, Bond #016027937 | 2300-000 | | 18.72 | 55,526.80 |
| 12/19/16 | 106 | BLUM SHAPIRO & COMPANY, P.C. | Per court order allowing fees dated 12/9/16 | 3410-000 | | 3,158.00 | 52,368.80 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 78.60 | 52,290.20 |
| 04/25/17 | 107 | CLERK'S OFFICE | Dividend paid 100.00% on $176.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | 2700-000 | | 176.00 | 52,114.20 |
| 04/25/17 | 108 | United States Trustee for the District of CT. | Dividend paid 100.00% on $650.00, U.S. Trustee Quarterly Fees;  Reference: | 2950-000 | | 650.00 | 51,464.20 |
| 04/25/17 | 109 | State of Connecticut | Dividend paid 100.00% on $250.00, Other State or Local Taxes (non-payroll and non-sales taxes) (Prior Chapter);  Reference: | 6820-000 | | 250.00 | 51,214.20 |
| 04/25/17 | 110 | State of Connecticut | Dividend paid 100.00% on $350.28; Claim# 1P; Filed: $350.28; Reference: | 5800-000 | | 350.28 | 50,863.92 |
| 04/25/17 | 111 | State of Connecticut | Dividend paid 100.00% on $50.00; Claim# 1U; | 7100-000 | | 50.00 | 50,813.92 |

Subtotals :                   $51,922.00        $704,217.02

{} Asset reference(s)

Printed: 06/16/2017 10:56 AM    V.13.30

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 15-21759-JJT  
**Case Name:** 323-333 PARK AVENUE EH, LLC  
**Taxpayer ID #:** **-***8767  
**Period Ending:** 06/16/17  

**Trustee:** ANTHONY S. NOVAK-Chapter 7 Trustee (270060)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0966 - Checking Account  
**Blanket Bond:** $22,204,765.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Filed: $50.00; Reference: | | | | |
| 04/25/17 | 112 | CT Dept. of Energy & Environmental Protection | Dividend paid 100.00% on $300.00; Claim# 3; Filed: $300.00; Reference: | 7100-000 | | 300.00 | 50,513.92 |
| 04/25/17 | 113 | Event Resources, Inc. | Dividend paid 100.00% on $2,105.43; Claim# 6; Filed: $2,105.43; Reference: | 7100-000 | | 2,105.43 | 48,408.49 |
| 04/25/17 | 114 | Marilyn Realty No. 2, LLC | Dividend paid 98.20% on $678,219.05; Claim# 2; Filed: $657,210.96; Reference: | 4110-000 | | 6,573.30 | 41,835.19 |
| 04/25/17 | 115 | ANTHONY S. NOVAK-Chapter 7 Trustee | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 41,835.19 | 0.00 |
| | | | Dividend paid 100.00%    41,752.30 on $41,752.30; Claim# ; Filed: $41,752.30 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%    82.89 on $82.89; Claim# ; Filed: $82.89 | 2200-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 717,383.82 | 717,383.82 | $0.00 |
| | | | Less: Bank Transfers | | 50,000.00 | 0.00 | |
| | | | **Subtotal** | | 667,383.82 | 717,383.82 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$667,383.82** | **$717,383.82** | |

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 15-21759-JJT  
**Case Name:** 323-333 PARK AVENUE EH, LLC  

**Taxpayer ID #:** **-***8767  
**Period Ending:** 06/16/17  

**Trustee:** ANTHONY S. NOVAK-Chapter 7 Trustee (270060)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0967 - Escrow Account  
**Blanket Bond:** $22,204,765.00   (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/18/16 | {1} | ARNOLD BERMAN | Deposit on purchase of 323-333 Park Avenue, East Hartford, CT | 1110-000 | 50,000.00 | | 50,000.00 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.38 | 49,975.62 |
| 06/28/16 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | -24.38 | 50,000.00 |
| 08/02/16 | | To Account #******0966 | Per closing of real property | 9999-000 | | 50,000.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 50,000.00 | 50,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 50,000.00 | |
| | | | **Subtotal** | | 50,000.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$50,000.00** | **$0.00** | |

| | |
|---|---|
| Net Receipts : | 717,383.82 |
| Plus Gross Adjustments : | 52,662.20 |
| Less Other Noncompensable Items : | -38,012.00 |
| Net Estate : | $808,058.02 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******0966** | 667,383.82 | 717,383.82 | 0.00 |
| **Checking # ******0967** | 50,000.00 | 0.00 | 0.00 |
| | $717,383.82 | $717,383.82 | $0.00 |

{} Asset reference(s)